UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:19-cr-120-CLC |
| ) | |
| LISA HUGHES ) | |

## **O R D E R**

Magistrate Judge Christopher H. Steger filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw her not-guilty pleas to Counts One and Four of the five-count Indictment; (2) accept Defendant's pleas of guilty to Counts One and Four of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts One and Four of the Indictment; and (4) order that Defendant shall remain in custody until sentencing. (Doc. 112.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 112) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw her not-guilty pleas to Counts One and Four of the Indictment is **GRANTED**;

(2) Defendant's pleas of guilty to Counts One and Four of the Indictment are **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts One and Four of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **June 3, 2020 at 2:00 p.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**